# IN RE SEISS.

---

PATENTS; APPEAL AND ERROR.

An appeal will not lie to this court from a decision of the Commissioner of Patents holding an application abandoned. (Following *Re Carvalho*, 47 App. D. C. 584.)

No. 1215. Patent Appeals. Submitted March 10, 1919. Decided March 31, 1919.

HEARING on an appeal from the Commissioner of Patents holding an application abandoned.          *Dismissed.*

The facts are stated in the opinion.

*Mr. H. L. Dodson* for the appellant.

*Mr. Theodore A. Hostetler* for the Commissioner of Patents.

PER CURIAM: This appeal [by George J. Seiss] is from the decision of the Commissioner of Patents holding appellant's application abandoned under sec. 4894, Rev. Stat. Comp. Stat. 1916, § 9438, 7 Fed. Stat. Anno. 2d ed. p. 184. The appeal is dismissed on the authority of *Re Carvalho,* 47 App. D. C. 584.                                    *Dismissed.*